Matter of Robinson v Board of Parole Appeals Unit (2023 NY Slip Op 02224)

Matter of Robinson v Board of Parole Appeals Unit

2023 NY Slip Op 02224

Decided on April 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, BANNISTER, MONTOUR, AND GREENWOOD, JJ.

300 TP 22-00892

[*1]IN THE MATTER OF CHRISTOPHER E. ROBINSON, PETITIONER,
v
BOARD OF PAROLE APPEALS UNIT, RESPONDENT. 

CHRISTOPHER E. ROBINSON, PETITIONER PRO SE. 
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (FRANK BRADY OF COUNSEL), FOR RESPONDENT. 

 Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by an order of the Supreme Court, Cayuga County [Thomas G. Leone, A.J.], entered May 31, 2022) to review a determination of respondent. The determination revoked petitioner's release to parole supervision. 
It is hereby ORDERED that the determination is unanimously confirmed without costs and the petition is dismissed.
Entered: April 28, 2023
Ann Dillon Flynn
Clerk of the Court